# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SCOTTY WAYNE RIDDLE**                                                    **PETITIONER**
**ADC #154068**

**V.**                **CASE NO. 5:18-CV-33-JM-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Riddle's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The cases cited by Petitioner do not support his assertion that this petition is not a successive petition; his initial habeas petition was dismissed on the determination that it was barred by the statute of limitation provisions of 28 U.S.C. §2244(d)(1)(A) and not because it was unripe. The case is DISMISSED, without prejudice for lack of jurisdiction.

IT IS SO ORDERED, this 26th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE